470

Debra Jean KIRBY, Appellant,

v.

WILLIAM C. HAAS & COMPANY, INC., et al., and Granite State Insurance Company, Respondents.

No. WD 40402.

Missouri Court of Appeals, Western District.

Nov. 15, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1988.

Larry M. Brummet and Jay T. Grodsky, Kansas City, for appellant.

David A. Welte and D. Keith Henson of Polsinelli, White, Vardeman & Shalton, Kansas City, for Wm. C. Haas & Co., Inc., et al.

Stacey L. Rainey of Turner & Boisseau, Kansas City, for Granite State Ins. Co.

Before FENNER, P.J., MANFORD, and COVINGTON, JJ.

ORDER

PER CURIAM:

Kirby appeals from an order of the trial court denying her petition in equity and her counterclaim in equity in a collateral case and dismissing her garnishment action against the respondent insurance company. The cases have been consolidated on appeal.

The orders are affirmed. Rule 84.16(b).

Bruce E. HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40573.

Missouri Court of Appeals, Western District.

Nov. 15, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1988.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and MANFORD and GAITAN, JJ.

PER CURIAM.

ORDER

Appeal from denial of Rule 27.26 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).